# United States District Court
# For The Western District of North Carolina
# Asheville Division

JELANI SIMBA,

        Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	1:02cv211-03-MU

DEAN WALKER, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2007 Order.

February 14, 2007

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk